## Commonwealth *v.* Newsome, Appellant.

Submitted December 4, 1972. *Arnold L. Gross,* Assistant Public Defender, for appellant; *J. David Bean* and *Stewart J. Greenleaf,* Assistant District Attorneys, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Payne, Appellant.

Submitted December 4, 1972. *Robert A. Stein, Michael L. Levy* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.